# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACEY WEIDOW,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,**<br><br>**Defendant.** | CASE NO. 4:15-cv-00765- GBC<br><br>**MAGISTRATE JUDGE COHN**<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>**Doc. 1, 10, 11, 18, 20, 23** |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Tracey L. Weidow supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.

Dated: October 7, 2016           s/Gerald B. Cohn
                                 GERALD B. COHN
                                 UNITED STATES MAGISTRATE JUDGE